FILED BY___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE       05 DEC -6 PM 4: 11
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

GENE ANDERSON,

    Plaintiff,

v.                                                      NO.: 05-2012-D/P

CITY OF GERMANTOWN,

    Defendant.

---

## ORDER AMENDING SCHEDULING ORDER AND RE-SETTING TRIAL

---

Upon consideration of Plaintiff's Motion to Amend the Scheduling Order for an Extension of Time and for a Continuance of the Trial Setting, it appears to the Court that, for good cause shown, the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the Scheduling Order previously entered in this cause on May 2, 2005 shall be amended to reflect the following amended deadlines:

    **Completing all Discovery**–April 5, 2006;

    **Document Production**–April 5, 2005;

    **Depositions, Interrogatories, and Requests for Admission**–April 5, 2005;

    **Disclosure of Defendant's Rule 26 Expert Information**–March 6, 2005;

    **Filing Dispositive Motions**–May 8, 2006; and

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___12/6/06___

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the trial of this cause shall be re-set to a date and time determined by the Court, and that the Pretrial Conference and deadlines for submitting the Proposed Joint Pretrial Order, Motions in Limine, and Proposed Jury Instructions shall be rescheduled for dates and times determined by the Court.

**IT IS SO ORDERED** this ___5th___ day of ___December___, 2005.

TU M. PHAM, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02012 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT